1  MICHAEL E. BREWER, Bar No. 177912
   ALLISON R. BALC, Bar No. 214962
2  LITTLER MENDELSON, A Professional Corporation
   1255 Treat Blvd., Suite 600
3  Walnut Creek, CA 94597
   Telephone:  925.932.2468
4  Facsimile:  925.946.9809
   Email:      mbrewer@littler.com
5              abalc@littler.com

6  Attorneys for Defendants
   AMERICAN BAPTIST HOMES OF THE WEST,
7  CALVIN MAY AND SCOTT SEBASTIAN

*E-filing*

*ORIGINAL FILED NOV - 7 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND*

*ADR*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| WILLIAM J. CHAPPLE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BAPTIST HOMES OF THE WEST, AKA AMERICAN BAPTIST HOMES OF THE WEST CORPORATION, AKA GRAND LAKE GARDENS, CALVIN MAY, SCOTT SEBASTIAN, DOES 1 through 10,<br><br>Defendants. | Case No. **C07-05657 JCS**<br><br>NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. §§ 1331 AND 1441(B)] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants AMERICAN BAPTIST HOMES OF THE WEST, CALVIN MAY AND SCOTT SEBASTIAN ("Defendants") hereby give notice of removal of the above-entitled action from the Alameda County Superior Court to the United States District Court for the Northern District of California, Oakland Division, pursuant to 28 U.S.C. §§ 1331 and 1441(b).

This removal is based on federal question jurisdiction. As required by 28 U.S.C. § 1446(d), Defendants are filing in the Superior Court of California, County of Alameda, a Notice of Filing of Notice of Removal of Civil Action From State Court Pursuant to Federal Question Jurisdiction Under 28 U.S.C. §§ 1331 and 1441(b) (with attachments). A true and correct copy of said Notice, without attachments, is attached hereto as Exhibit A.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT

In support of its Notice of Removal, Defendants state to the Court as follows:

1. On October 22, 2007, Plaintiff William J. Chapple ("Plaintiff") filed a Third Amended Complaint which included a cause of action for "Discrimination/Harassment" in violation of Title VII of the Civil Rights Act of 1964, as amended, in the Superior Court for the State of California, County of Alameda, in case number RG06297059. The Third Amended Complaint is captioned as follows: *William J. Chapple v. American Baptist Homes of the West Corporation, aka, American Baptist Homes of the West, aka Grand Lake Gardens, Calvin May, Scott Sebastian, Does 1 through 10*. On or after November 22, 2007, Defendants were served with a copy of the Third Amended Complaint. *See* No. 50, *infra*, and exhibit attached thereto.

2. On November 6, 2007, Defendants filed an Answer to Plaintiff's Unverified Third Amended Complaint in Alameda County Superior Court. *See* No. 53, *infra*, and exhibit attached thereto.

3. The instant Notice of Removal has been timely filed because it is made within thirty (30) days after receipt by Defendants of a copy of the Third Amended Complaint, which sets forth the removable claims. *See* 28 U.S.C. § 1446(b).

4. A copy of the complete state court file in this matter is attached hereto.

**PLEADINGS AND PROCEDURAL HISTORY**

5. On November 7, 2006, Plaintiff filed a Civil Case Cover Sheet, Summons and Complaint for Damages alleging claims for Defamation of Character, Intentional Infliction of Emotional Distress and Invasion of Privacy in the Superior Court for the State of California, County of Alameda, which is captioned as follows: *William J. Chapple v. American Baptist Homes of the West Corporation, aka, American Baptist Homes of the West, aka Grand Lake Gardens, Calvin Mays, Scott Sebastian, Reginald Lyles, Does One Through 10,* designated case number RG06297059. Plaintiff's Complaint seeks, *inter alia*, general damages, economic damages and medical expenses. A copy of the Complaint, Summons and Civil Case Cover Sheet are attached hereto as Exhibit B.

6. On January 2, 2007, Plaintiff filed a Request For Dismissal as to Reginald Lyles. A copy of the Request For Dismissal is attached hereto as Exhibit C.

2.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT

1    7.    On February 5, 2007, a Deputy Clerk of the Superior Court of California, County of Alameda, issued a Notice of Case Management Conference and Order. A true and correct copy of the Notice of Case Management Conference and Order is attached hereto as Exhibit D.

8.    On February 16, 2007, a Proof of Service as to American Baptist Homes of The West was filed. A true copy of the Proof of Service of Summons is attached hereto as Exhibit E.

9.    On March 5, 2007, a Proof of Service of Summons as to Grand Lake Gardens was filed. A true copy of the Proof of Service of Summons is attached hereto as Exhibit F.

10.   On March 6, 2007, Proofs of Service of Summons as to Calvin May and Scott Sebastian were filed. True copies of the Proofs of Service of Summons are attached hereto as Exhibit G.

11.   On March 12, 2007, Defendants filed a Notice of Demurrer, Demurrer, Memorandum of Points and Authorities in Support of, and [Proposed] Order Granting Demurrer to Plaintiff's Complaint. True and correct copies of these documents are attached hereto as Exhibit H.

12.   On March 12, 2007, a Deputy Clerk for the Superior Court of California, County of Alameda, issued a Notice of Hearing (Amended) vacating and rescheduling the Demurrer to Complaint to May 7, 2007 at 2:00 p.m. A true and correct copy of the Notice of Hearing is attached hereto as Exhibit I.

13.   On March 12, 2007, Defendants filed a Request for Statement of Damages by Defendant American Baptist Homes of the West. A true and correct copy of the Request for Statement of Damages is attached hereto as Exhibit J.

14.   On March 26, 2007, Plaintiff filed a Case Management Statement. A true copy of Plaintiff's Case Management Statement is attached hereto as Exhibit K.

15.   On March 27, 2007, Defendants filed a Case Management Statement. A true and correct copy of Defendants' Case Management Statement is attached hereto as Exhibit L.

16.   On March 27, 2007, Plaintiff filed a Memorandum of Points & Authorities in Opposition to Demurrer to Plaintiff's Complaint. A true copy of Plaintiff's Memorandum of Points & Authorities is attached hereto as Exhibit M.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925 932 2468

3.

NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT

17. On March 27, 2007, a Deputy Clerk of the Superior Court of California, County of Alameda, issued a Notice of Hearing notifying the parties to appear at the Case Management Conference set for May 23, 2007 at 9:00 a.m. A true and correct copy of the Notice of Hearing is attached hereto as Exhibit N.

18. On April 5, 2007, a Deputy Clerk of the Superior Court of California, County of Alameda, issued a Notice of Hearing (Amended) vacating and rescheduling the Demurrer to Complaint to May 7, 2007 at 9:00 a.m. A true and correct copy of the Notice of Hearing is attached hereto as Exhibit O.

19. On April 11, 2007, Defendants filed a Reply to Plaintiff's Opposition to Defendants' Demurrer to the Complaint. A true and correct copy of the Reply is attached hereto as Exhibit P.

20. On April 12, 2007, Plaintiff served Defendants with William J. Chapple's Response to Statement of Damages. A true copy of Plaintiff's Response is attached hereto as Exhibit Q.

21. On April 27, 2007, Plaintiff filed a Summons on Amended Complaint and Amended Complaint for Damages alleging claims for Defamation of Character, Intentional Infliction of Emotional Distress, Invasion of Privacy, and Employment Discrimination/Harassment Based on Race in violation of California Government Code § 12940, *et seq.* in the Superior Court for the State of California, County of Alameda, which is captioned as follows: *William J. Chapple v. American Baptist Homes of the West Corporation, aka, American Baptist Homes of the West, aka Grand Lake Gardens, Calvin May, Scott Sebastian, Does One Through 10,* case number RG06297059. Plaintiff's Amended Complaint sought, *inter alia,* general damages, economic damages, medical expenses, and attorney's fees. A copy of the Amended Complaint and Summons on Amended Complaint are attached hereto as Exhibit R.

22. On May 7, 2007, the Court entered Minutes dropping Plaintiff's Complaint. A true and correct copy is attached hereto as Exhibit S.

23. On May 8, 2007, Defendants filed a Case Management Statement. A true and correct copy of Defendants' Case Management Statement is attached hereto as Exhibit T.

LITTLER MENDELSON
A Professional Corporation
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

24. On May 16, 2007, Defendants filed a Notice of Demurrer, Demurrer, Memorandum of Points and Authorities in Support of, and [Proposed] Order Sustaining Demurrer to Plaintiff's First Amended Complaint. A true and correct copy of these documents are attached hereto as Exhibit U.

25. On May 18, 2007, Plaintiff filed a Case Management Statement. A true copy of Plaintiff's Case Management Statement is attached hereto as Exhibit V.

26. On May 18, 2007, Plaintiff filed a Summons, Civil Case Cover Sheet and Complaint for Damages alleging claims for "Discrimination/Harassment" in violation of Government Code § 12940, *et seq.*, "Discrimination/Harassment" in violation of Title VII of the Civil Rights Act, and Harassment in violation of Government Code § 12940, *et seq.* in the Superior Court for the State of California, County of Alameda, which is captioned as follows: *William J. Chapple v. American Baptist Homes of the West, aka, American Baptist Homes of the West Corporation, aka Grand Lake Gardens, Calvin May, Scott Sebastian, Does One Through 10,* designated case number RG07326753. Plaintiff's Complaint seeks, *inter alia,* general damages, economic damages and medical expenses, and attorney's fees. A true copy of the Summons, Civil Case Cover Sheet and Complaint are attached hereto as Exhibit W. Defendants were served with the Summons and Complaint filed by Plaintiff in Alameda County Superior Court case number RG07326753 on or after September 6, 2007.

27. On May 22, 2007, a Deputy Clerk of the Superior Court of California, County of Alameda, issued a Notice of Judicial Assignment for All Purposes to The Honorable Winifred Y. Smith in case number RG06297059. A true and correct copy of the Notice is attached hereto as Exhibit X.

28. On May 22, 2007, a Deputy Clerk of the Superior Court of California, County of Alameda, issued a Notice of Judicial Assignment for All Purposes to The Honorable Barbara J. Miller in case number RG07326753. A true and correct copy of the Notice is attached hereto as Exhibit Y.

29. On May 23, 2007, a Deputy Clerk of the Superior Court of California, County of Alameda, issued a Notice of Case Management Conference and Order in case number

1  RG07326753. A true and correct copy of the Notice is attached hereto as Exhibit Z.

2      30. On May 25, 2007, a Deputy Clerk of the Superior Court of California, County
3  of Alameda, issued Minutes confirming the Demurrer to the First Amended Complaint to be heard
4  on June 14, 2007 and dropping the matter from the Case Management Calendar in case number
5  RG06297059. A true and correct copy of the Notice is attached hereto as Exhibit AA.

6      31. On May 29, 2007, Plaintiff filed a Memorandum of Points and Authorities in
7  Opposition to Demurrer to Plaintiff's Amended Complaint in case number RG06297059. A true
8  copy is attached hereto as Exhibit BB.

9      32. On June 7, 2007, Defendants filed Substitution of Attorney forms for
10 American Baptist of the West, Scott Sebastian and Calvin May in case number RG06297059. A true
11 and correct copy of these documents are attached hereto as Exhibit CC.

12     33. On June 7, 2007, Defendants filed a Reply Memorandum of Points and
13 Authorities in Support of and [Proposed] Order Granting Defendants' Demurrer to Plaintiff's First
14 Amended Complaint in case number RG06297059. A true and correct copy of these documents are
15 attached hereto as Exhibit DD.

16     34. On June 14, 2007, the Honorable Winifred Y. Smith issued an Order
17 continuing the Demurrer to the First Amended Complaint to July 18, 2007 at 9:00 a.m. in case
18 number RG06297059. A true and correct copy of this Order is attached hereto as Exhibit EE.

19     35. On July 3, 2007, Defendants filed a Notice of Change of Address in case
20 number RG06297059. A true and correct copy of this Order is attached hereto as Exhibit FF.

21     36. On July 18, 2007, a Deputy Clerk of the Superior Court of California, County
22 of Alameda, issued Minutes regarding the Demurrer to the First Amended Complaint being
23 commenced and completed and the ruling being taken under submission in case number
24 RG06297059. A true and correct copy of this document is attached hereto as Exhibit GG.

25     37. On July 23, 2007, a Deputy Clerk of the Superior Court of California, County
26 of Alameda, issued a Notice of Case Management Conference and Order (Amended) for October 2,
27 2007 in case number RG07326753. A true and correct copy of the Notice is attached hereto as
28 Exhibit HH.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925 932 2468

6.
NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT

38. On July 26, 2007, the Honorable Winifred Y. Smith issued an Order on Demurrer to First Amended Complaint for Damages in case number RG06297059. A true and correct copy of this Order is attached hereto as Exhibit II.

39. On August 6, 2007, Defendants filed a Notice of Entry of Order on Demurrer to First Amended Complaint for Damages in case number RG06297059. A true and correct copy of this Order is attached hereto as Exhibit JJ.

40. On August 6, 2007, Plaintiff filed a Second Amended Complaint for Damages alleging causes of action for defamation, intentional infliction of emotional distress, negligent infliction of emotional distress, harassment based on race, and discrimination in the Superior Court for the State of California, County of Alameda, which is captioned as follows: *William J. Chapple v. American Baptist Homes of the West Corporation, aka, American Baptist Homes of the West, aka Grand Lake Gardens, Calvin May, Scott Sebastian, Does 1 through 10,* in case number RG06297059. A true and correct copy of the Second Amended Complaint is attached hereto as Exhibit KK.

41. On September 10, 2007, Plaintiff filed a Proof of Service of Summons as to American Baptist Homes of the West, aka American Baptist Home of the West Corporation, aka Grand Lake Gardens in case number RG07326753. A true copy of the Proof of Service of Summons is attached hereto as Exhibit LL.

42. On September 10, 2007, Defendants filed a Notice of Demurrer and Demurrer, Memorandum of Points and Authorities in Support of, [Proposed] Order Granting Demurrer to Plaintiff's Second Amended Complaint, and Proof of Service in case number RG06297059. A true and correct copy of these documents are attached hereto as Exhibit MM.

43. On October 2, 2007, a Deputy Clerk of the Superior Court of California, County of Alameda, issued the Minutes for the cause called for Case Management Conference in case number RG07326753. A true and correct copy of the Minutes is attached hereto as Exhibit NN.

44. On October 2, 2007, a Deputy Clerk of the Superior Court of California, County of Alameda, issued a Notice of Hearing for a Case Management Conference on November 6,

LITTLER MENDELSON
A Professional Corporation
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

7.

NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT

1  2007 in case number RG07326753. A true and correct copy of the Notice is attached hereto as
2  Exhibit OO.

3      45. On October 5, 2007, Defendants filed a Stipulation and [Proposed] Order that
4  Plaintiff will dismiss his complaint in Alameda County Superior Court Case No. RG07326753, that
5  Plaintiff may file a third amended complaint in Alameda County Superior Court Case No.
6  RG06297059, and that in response to Plaintiff's third amended complaint, Defendant will not raise
7  the specific defense that Plaintiff failed to file his action within 90 days of having received the
8  EEOC's Right to Sue Notice or that Plaintiff filed the causes of action currently contained in Case
9  Nos. RG06297059 and RG07326753 prematurely. A true and correct copy of this stipulation is
10 attached hereto as Exhibit PP.

11     46. On October 9, 2007, The Honorable Winifred Y. Smith issued a Stipulation
12 and Order Re: Other Exparte Granted in case number RG06297059. A true and correct copy of the
13 Order is attached hereto as Exhibit QQ.

14     47. On October 9, 2007, Plaintiff filed a Request For Dismissal as to the entire
15 action of all parties and all causes of action without prejudice in Alameda County Superior Court
16 case number RG07326753. A true copy of the Request For Dismissal is attached hereto as Exhibit
17 RR.

18     48. On October 9, 2007, Defendants requested that their Demurrer to Plaintiff's
19 Second Amended Complaint be dropped from calendar with the understanding that Plaintiff would
20 be filing a third amended complaint in case number RG06297059. A true and correct copy of this
21 letter is attached hereto as Exhibit SS.

22     49. On October 12, 2007, Defendants filed a Proof of Service of Stipulation and
23 Order Re: Other Exparte Granted in case number RG06297059. A true and correct copy of the
24 Proof of Service is attached hereto as Exhibit TT.

25     50. On October 22, 2007, Plaintiff filed a Third Amended Complaint For
26 Defamation of Character, Intentional Infliction of Emotional Distress, Employment
27 "Discrimination/Harassment" based on race, age and/or perceived disability in violation of
28 California Government Code § 12940 *et seq.*, and "Discrimination/Harassment" in violation of Title

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

VII of the Civil Rights Act of 1964, as amended, in the Superior Court for the State of California, County of Alameda, which is captioned as follows: *William J. Chapple v. American Baptist Homes of the West Corporation, aka, American Baptist Homes of the West, aka Grand Lake Gardens, Calvin May, Scott Sebastian, Does 1 through 10,* in case number RG06297059. A true copy of the Third Amended Complaint and Proof of Service is attached hereto as Exhibit UU.

51. On October 24, 2007, a Deputy Clerk of the Superior Court of California, County of Alameda, issued a Notice of Hearing setting a Case Management Conference for December 4, 2007 in case number RG06297059. A true and correct copy of the Notice is attached hereto as Exhibit VV.

52. On October 26, 2007, a Deputy Clerk of the Superior Court of California, County of Alameda, issued Minutes dropping the demurrer to Plaintiff's complaint. A true and correct copy of the Minutes are attached hereto as Exhibit WW.

53. On November 6, 2007 Defendants filed their Answer to Plaintiff's Unverified Third Amended Complaint and Proof of Service. A true and correct copy of these documents are attached hereto as Exhibit XX.

**JURISDICTION**

54. As Plaintiff's action alleges a claim arising under the laws of the United States, and more particularly, 42 U.S.C. 2000e, Plaintiff's Complaint establishes a civil action under which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b) and (c). In addition, the Court has supplemental jurisdiction over all state claims that are so related to claims in the action within its original jurisdiction that they form part of the same controversy, pursuant to 28 U.S.C. § 1367(a).

55. Furthermore, as this action is an employment discrimination suit which includes a cause of action alleging a violation of Title VII of Civil Rights Act (48 U.S.C. § 2000e), this is an action over which this Court has original jurisdiction and it may be removed to this Court under the provisions of 28 U.S.C. §§ 1441(a) and 1446 without regard to the amount in controversy or the parties' citizenship or domicile.

LITTLER MENDELSON
A Professional Corporation
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925 932 2468
NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT

**INTRADISTRICT ASSIGNMENT**

56. Pursuant to 28 U.S.C. § 1446(a) and Northern District Civil L.R. 3-2(c) and (d), this action is properly assigned to the Oakland Division because Plaintiff's Third Amended Complaint was filed in Alameda County Superior Court and Defendants are informed and believe that a substantial portion of the alleged events giving rise to this action occurred in the County of Alameda.

Dated: November 7, 2007

MICHAEL E. BREWER
ALLISON R. BALC
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
AMERICAN BAPTIST HOMES OF THE WEST, CALVIN MAY AND SCOTT SEBASTIAN

Firmwide:83430886.1 012425.1022

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925 937 2468

10.

NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT