MICHAEL E. BREWER, Bar No. 177912
ALLISON R. BALC, Bar No. 214962
LITTLER MENDELSON, A Professional Corporation
1255 Treat Blvd., Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809
Email: mbrewer@littler.com
abalc@littler.com

Attorneys for Defendants
AMERICAN BAPTIST HOMES OF THE WEST,
CALVIN MAY AND SCOTT SEBASTIAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| WILLIAM J. CHAPPLE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BAPTIST HOMES OF THE WEST, AKA AMERICAN BAPTIST HOMES OF THE WEST CORPORATION, AKA GRAND LAKE GARDENS, CALVIN MAY, SCOTT SEBASTIAN, DOES 1 through 10,<br><br>Defendants. | Case No. C07-05657<br><br>**NOTICE OF RELATED CASES**<br><br>**[Northern District Rule of Court, 3-12]** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT; PLAINTIFF WILLIAM J. CHAPPLE AND HIS ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN, pursuant to Local Rule 3-12 of the Northern District of California that the following related actions were/are pending:

1. *William J. Chapple v. American Baptist Homes of the West Corporation, aka, American Baptist Homes of the West, aka Grand Lake Gardens, Calvin May, Scott Sebastian, Does 1 through 10,* in Alameda County Superior Court, Case No. RG06297059 filed on November 7, 2006; and

2. *William J. Chapple v. American Baptist Homes of the West, aka American Baptist Homes of the West Corporation, aka Grand Lake Gardens, Grand Lake Gardens, Calvin*

NOTICE OF RELATED CASES

1  *May, Scott Sebastian, Does 1 through 10,* in Alameda County Superior Court, Case No.
2  RG07326753 filed on May 19, 2007.
3     On October 9, 2007, a Request for Dismissal was filed and entered in Alameda
4  County Superior Court, Case No. RG07326753.
5     These cases are related in that they encompass the same plaintiff and defendants,
6  substantially identical questions of law and fact and are based on the same claims.

Dated: November 7, 2007

MICHAEL E. BREWER
ALLISON R. BALC
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
AMERICAN BAPTIST HOMES OF THE
WEST, CALVIN MAY AND SCOTT
SEBASTIAN

Firmwide:83469404.1 012425.1022

NOTICE OF RELATED CASES