| | |
|---|---|
| 1 | MICHAEL E. BREWER, Bar No. 177912 |
| 2 | ALLISON R. BALC, Bar No. 214962<br>LITTLER MENDELSON |
| 3 | A Professional Corporation<br>1255 Treat Blvd., Suite 600 |
| 4 | Walnut Creek, CA  94597<br>Telephone:   925.932.2468 |
| 5 | Facsimile:    925.946.9809<br>Email:          mbrewer@littler.com |
| 6 | abalc@littler.com |
| 7 | Attorneys for Defendants<br>AMERICAN BAPTIST HOMES OF THE WEST, |
| 8 | CALVIN MAY AND SCOTT SEBASTIAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| WILLIAM J. CHAPPLE,<br><br>          Plaintiff,<br><br>     v.<br><br>AMERICAN BAPTIST HOMES OF THE WEST, AKA AMERICAN BAPTIST HOMES OF THE WEST CORPORATION, AKA GRAND LAKE GARDENS, CALVIN MAY, SCOTT SEBASTIAN, DOES 1 through 10,<br><br>          Defendants. | Case No.  C 07-05657 JCS<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Treat Towers, 1255 Treat Boulevard, Suite 600, Walnut Creek, California  94597. On November 7, 2007, I served the within document(s):

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**ADR FORMS**

**NOTICE OF ASSIGNMENT OF CASE TO UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

**ECF REGISTRATION INFORMATION HANDOUT**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

PROOF OF SERVICE                                                                              CASE NO. C 07-05657 JCS

☐   by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 925.946.9809. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☐   by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Walnut Creek, California addressed as set forth below.

☒   by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐   by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Michael C. Cohen
Law Office of Michael C. Cohen
1814 Franklin Street, Suite 900
Oakland, CA  94612

Fax: (510) 832-6439
Telephone:  (510) 832-6436

*Attorney for Plaintiff*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on November 7, 2007, at Walnut Creek, California.

*Gina Camacho*
Gina Camacho

Firmwide:83534174.1 012425.1022

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925 932 2468

2.

PROOF OF SERVICE                                    CASE NO. C 07-05657 JCS