1 | MICHAEL E. BREWER, Bar No. 177912
LITTLER MENDELSON
2 | A Professional Corporation
1255 Treat Blvd., Suite 600
3 | Walnut Creek, CA 94597
Telephone: 925.932.2468
4 | Facsimile: 925.946.9809
Email: mbrewer@littler.com

Attorneys for Defendants
AMERICAN BAPTIST HOMES OF THE WEST,
CALVIN MAY AND SCOTT SEBASTIAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| WILLIAM J. CHAPPLE, | Case No. C 07-05657 JCS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| AMERICAN BAPTIST HOMES OF THE WEST, AKA AMERICAN BAPTIST HOMES OF THE WEST CORPORATION, AKA GRAND LAKE GARDENS, CALVIN MAY, SCOTT SEBASTIAN, DOES 1 through 10, | |
| Defendants. | |

It is stipulated by and between the parties, and accordingly the parties request that the court continue the Initial Case Management Conference from February 15, 2008 to April 18, 2008 at 1:30 p.m. The parties request that the dates for submission of the Rule 26(f) report, Initial Disclosures and Case Management Conference Statement be continued to April 11, 2008. The parties have agreed to participate in mediation (reflected in the court's Order of January 28, 2008) and request this continuance in order to conserve the parties' and the court's resources while they attempt to resolve this matter through mediation.

///
///
///
///

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIP. AND [PROP'D] ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE                    CASE NO. C 07-05657 JCS

1  Dated: February 6, 2008

   _____
   LITTLER MENDELSON
   MICHAEL E. BREWER
   A Professional Corporation
   Attorneys for Defendants
   AMERICAN BAPTIST HOMES OF THE
   WEST, GRAND LAKE GARDENS, CALVIN
   MAY, AND SCOTT SEBASTIAN

8  Dated: February 5, 2008

   _____
   LAW OFFICES OF MICHAEL C. COHEN
   MICHAEL C. COHEN
   Attorney for Plaintiff
   WILLIAM CHAPPLE

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____          _____
                                MAGISTRATE JUDGE JOSEPH C. SPERO

2.

LITTLER MENDELSON
A Professional Corporation
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIP. AND [PROP'D] ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE                    CASE NO. C 07-05657 JCS