MICHAEL E. BREWER, Bar No. 177912
LITTLER MENDELSON
A Professional Corporation
1255 Treat Blvd., Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809
Email: mbrewer@littler.com

Attorneys for Defendants
AMERICAN BAPTIST HOMES OF THE WEST,
CALVIN MAY AND SCOTT SEBASTIAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| WILLIAM J. CHAPPLE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BAPTIST HOMES OF THE WEST, AKA AMERICAN BAPTIST HOMES OF THE WEST CORPORATION, AKA GRAND LAKE GARDENS, CALVIN MAY, SCOTT SEBASTIAN, DOES 1 through 10,<br><br>Defendants. | Case No. C 07-05657 JCS<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |

It is stipulated by and between the parties, and accordingly the parties request that the court continue the Initial Case Management Conference from February 15, 2008 to April 18, 2008 at 1:30 p.m. The parties request that the dates for submission of the Rule 26(f) report, Initial Disclosures and Case Management Conference Statement be continued to April 11, 2008. The parties have agreed to participate in mediation (reflected in the court's Order of January 28, 2008) and request this continuance in order to conserve the parties' and the court's resources while they attempt to resolve this matter through mediation.

///
///
///
///

1  Dated: February 6, 2008

_____
LITTLER MENDELSON
MICHAEL E. BREWER
A Professional Corporation
Attorneys for Defendants
AMERICAN BAPTIST HOMES OF THE
WEST, GRAND LAKE GARDENS, CALVIN
MAY, AND SCOTT SEBASTIAN

Dated: February 5, 2008

_____
LAW OFFICES OF MICHAEL C. COHEN
MICHAEL C. COHEN
Attorney for Plaintiff
WILLIAM CHAPPLE

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: Feb. 6, 2008

MAGISTRATE JUDGE SPERO
(Judge Joseph C. Spero)
[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

2.

STIP. AND [PROP'D] ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE

CASE NO. C 07-05657 JCS