MICHAEL E. BREWER, Bar No. 177912
LITTLER MENDELSON
A Professional Corporation
1255 Treat Blvd., Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809
Email: mbrewer@littler.com

Attorneys for Defendants
AMERICAN BAPTIST HOMES OF THE WEST,
CALVIN MAY AND SCOTT SEBASTIAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| WILLIAM J. CHAPPLE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BAPTIST HOMES OF THE WEST, AKA AMERICAN BAPTIST HOMES OF THE WEST CORPORATION, AKA GRAND LAKE GARDENS, CALVIN MAY, SCOTT SEBASTIAN, DOES 1 through 10,<br><br>Defendants. | Case No. C 07-05657 JCS<br><br>[PROPOSED] ~~~~ ORDER |

It is ordered that Defendants' Insurer Representative is excused from appearing in person at the mediation scheduled for April 14, 2008 and may instead participate by telephone or allow monitoring counsel or defense counsel to participate in person.

Dated: 4-9-08

/s/ Wayne D. Brazil
MAGISTRATE JUDGE WAYNE D. BRAZIL

Firmwide:84822803.1 012425.1022

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

[PROPOSED] ORDER                                CASE NO. C 07-05657 JCS