1 | MICHAEL E. BREWER, Bar No. 177912
ANNE-MARIE WAGGONER, Bar No. 173407
2 | LITTLER MENDELSON
A Professional Corporation
3 | 1255 Treat Blvd., Suite 600
Walnut Creek, CA 94597
4 | Telephone:  925.932.2468
Facsimile:  925.946.9809
5 | Email:  mbrewer@littler.com
       awaggoner@littler.com
6
Attorneys for Defendants
7 | AMERICAN BAPTIST HOMES OF THE WEST,
CALVIN MAY AND SCOTT SEBASTIAN
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| WILLIAM J. CHAPPLE,<br><br>   Plaintiff,<br><br>v.<br><br>AMERICAN BAPTIST HOMES OF THE WEST, AKA AMERICAN BAPTIST HOMES OF THE WEST CORPORATION, AKA GRAND LAKE GARDENS, CALVIN MAY, SCOTT SEBASTIAN, DOES 1 through 10,<br><br>   Defendants. | Case No. C 07-05657 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT CASE MANAGEMENT STATEMENT AND EXCHANGE INITIAL DISCLOSURES** |

WHEREAS the deadline for the parties to file their Joint Case Management Conference Statement is Friday, April 11, 2008;

WHEREAS the deadline for the parties to exchange their Initial Disclosures is also Friday, April 11, 2008;

WHEREAS the parties will be participating in a Court-sponsored mediation of this dispute on Monday, April 14, 2008, before mediator Charles E. Farnsworth, Esq.; and

WHEREAS the Initial Case Management Conference is scheduled for April 18, 2008, at 1:30 p.m.;

IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED that the Court (1) continue the deadline for the parties to submit their Joint Case Management Statement to

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925 932 2468

STIP. AND [PROP'D] ORDER EXTENDING DEADLINE                                    CASE NO. C 07-05657 JCS

Tuesday, April 15, 2008; and (2) extend the deadline for the parties to exchange their Initial Disclosures until April 21, 2008. The parties request these extensions in order to conserve the parties' and the court's resources while they attempt to resolve this matter through mediation.

        IT IS SO STIPULATED.

Dated: April 10, 2008

/s/
MICHAEL E. BREWER
ANNE-MARIE WAGGONER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
AMERICAN BAPTIST HOMES OF THE WEST, GRAND LAKE GARDENS, CALVIN MAY, AND SCOTT SEBASTIAN

Dated: April 10, 2008

/s/
LAW OFFICES OF MICHAEL C. COHEN
MICHAEL C. COHEN
Attorney for Plaintiff
WILLIAM CHAPPLE

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____      _____
                                     MAGISTRATE JUDGE JOSEPH C. SPERO

2.

STIP. AND [PROP'D] ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE      CASE NO. C 07-05657 JCS

LITTLER MENDELSON
A Professional Corporation
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925 932 2468

## DECLARATION OF COUNSEL REGARDING SIGNATORIES' CONCURRENCE WITH THE ELECTRONIC FILING OF THIS DOCUMENT

I, Anne-Marie Waggoner, hereby declare and state as follows:

1. I am an attorney licensed to practice in the courts of the State of California and the U.S. District Court for the Northern District of California. I am Of Counsel with the law firm of Littler Mendelson, A Professional Corporation, and counsel of record for Defendants American Baptist Homes of the West, Calvin May, and Scott Sebastian.

2. In accordance with U.S. District Court for the Northern District of California, General Order No. 45, I have obtained the concurrence for the filing of this document from each of the other signatories hereto. Littler Mendelson will maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I hereby declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this Declaration was executed on April 10, 2008, at Walnut Creek, California.

/s/ *Anne-Marie Waggoner*
ANNE-MARIE WAGGONER

Firmwide:84834850.1 012425.1022

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925 932 2468

3.
STIP. AND [PROP'D] ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE                    CASE NO. C 07-05657 JCS