| | |
|---|---|
| 1 | MICHAEL E. BREWER, Bar No. 177912 |
| 2 | ANNE-MARIE WAGGONER, Bar No. 173407 |
|   | LITTLER MENDELSON |
| 3 | A Professional Corporation |
|   | 1255 Treat Blvd., Suite 600 |
| 4 | Walnut Creek, CA  94597 |
|   | Telephone:  925.932.2468 |
| 5 | Facsimile:  925.946.9809 |
|   | Email:  mbrewer@littler.com |
| 6 |         awaggoner@littler.com |

Attorneys for Defendants
AMERICAN BAPTIST HOMES OF THE WEST,
CALVIN MAY AND SCOTT SEBASTIAN

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| WILLIAM J. CHAPPLE, | Case No.  C 07-05657 JCS |
| Plaintiff, | **DEFENDANTS' CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| v. | |
| AMERICAN BAPTIST HOMES OF THE WEST, AKA AMERICAN BAPTIST HOMES OF THE WEST CORPORATION, AKA GRAND LAKE GARDENS, CALVIN MAY, SCOTT SEBASTIAN, DOES 1 through 10, | **(Local Rule 3-16)** |
| Defendants. | |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Defendants American Baptist Homes of the West, Calvin May, and Scott Sebastian ("Defendants"), certifies that to Defendants' knowledge, there are no parties other than the named parties, which have (a) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding, or (b) any other kind of interest that could be substantially affected by the outcome of the proceeding.

LITTLER MENDELSON
A Professional Corporation
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS       CASE NO. C 07-05657 JCS

Dated: April 11, 2008

                            /s/
                          MICHAEL E. BREWER
                          ANNE-MARIE WAGGONER
                          LITTLER MENDELSON
                          A Professional Corporation
                          Attorneys for Defendants
                          AMERICAN BAPTIST HOMES OF THE
                          WEST, GRAND LAKE GARDENS, CALVIN
                          MAY, AND SCOTT SEBASTIAN

Firmwide:84882328.1 012425.1022

LITTLER MENDELSON
A Professional Corporation
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468