| | |
|---|---|
| 1 | MICHAEL E. BREWER, Bar No. 177912 |
| | ANNE-MARIE WAGGONER, Bar No. 173407 |
| 2 | LITTLER MENDELSON |
| | A Professional Corporation |
| 3 | 1255 Treat Blvd., Suite 600 |
| | Walnut Creek, CA  94597 |
| 4 | Telephone:    925.932.2468 |
| | Facsimile:    925.946.9809 |
| 5 | Email:    mbrewer@littler.com |
| |         awaggoner@littler.com |

Attorneys for Defendants
AMERICAN BAPTIST HOMES OF THE WEST,
CALVIN MAY AND SCOTT SEBASTIAN

MICHAEL C. COHEN, Bar No. 65487
LAW OFFICES OF MICHAEL C. COHEN
1814 Franklin Street, Suite 900
Oakland, CA  945612
Telephone:    510.832.6436
Facsimile:    510.832.6439
Email:    mcohen@cohenlegalfirm.com

Attorneys for Plaintiff
WILLIAM J. CHAPPLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| WILLIAM J. CHAPPLE,<br><br>            Plaintiff,<br><br>    v.<br><br>AMERICAN BAPTIST HOMES OF THE WEST, AKA AMERICAN BAPTIST HOMES OF THE WEST CORPORATION, AKA GRAND LAKE GARDENS, CALVIN MAY, SCOTT SEBASTIAN, DOES 1 through 10,<br><br>            Defendants. | Case No.  C 07-05657 JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: April 18, 2008<br>Time: 1:30 p.m.<br><br>The Honorable Joseph C. Spero |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, Defendants American Baptist Homes of the West, Calvin May, and Scott Sebastian and Plaintiff William J. Chapple

LITTLER MENDELSON
A Professional Corporation
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

JOINT CASE MANAGEMENT CONF. STATEMENT                                     CASE NO. C 07-05657 JCS

hereby file this Case Management Conference Statement and request the Court to adopt it as its Case Management Order in this case.

Defendants American Baptist Homes of the West, Calvin May, and Scott Sebastian ("Defendants") are represented by Michael E. Brewer and Anne-Marie Waggoner, both of Littler Mendelson, P.C. Plaintiff William J. Chapple ("Plaintiff") is represented by Michael C. Cohen of the Law Offices of Michael C. Cohen.

### A.   Jurisdiction and Service

Plaintiff filed this matter in the Alameda County Superior Court on November 7, 2006. After a series of demurrers and amended pleadings, Plaintiff filed its Third Amended Complaint on October 22, 2007. Defendants first filed a General Denial with affirmative defenses in Alameda County Superior Court pursuant to California Code of Civil Procedure § 431.30, and thereafter timely removed the case to this Court on the basis of federal question jurisdiction.

### B.   Facts

In his Third Amended Complaint, Plaintiff claims he was subjected to defamation, intentional and negligent infliction of emotional distress, and race- and age-based discrimination and harassment in connection with his employment with Defendant American Baptist Homes of the West ("ABHOW"). Specifically, Plaintiff contends that Defendants Calvin May and Scott Sebastian falsely accused him of being at work while under the influence of alcohol, and that both defendants acted with malice. Plaintiff also contends that Defendant Scott Sebastian falsely accused him of being under the influence of alcohol on the job, and forced him to submit to an alcohol test, without any reasonable basis to do so, because of his race.

Defendants deny Plaintiff's allegations in their entirety. Defendants contend that Plaintiff smelled of alcohol at work, and accordingly, pursuant to the terms of ABHOW's written Substance Abuse Policy, to which Plaintiff agreed in writing, Plaintiff was appropriately requested to take a breathalyzer test.

### C.   Factual and Legal Issues in Dispute

1. Whether Plaintiff was subjected to defamation by Defendant Calvin May;
2. Whether Plaintiff was subjected to defamation by Defendant Scott Sebastian;

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

2.
JOINT CASE MANAGEMENT CONF. STATEMENT                                                      CASE NO. C 07-05657 JCS

3. Whether Defendant ABHOW ratified alleged defamation by Defendant Scott Sebastian;

4. Whether Plaintiff was subjected to intentional and/or negligent infliction of emotional distress by Defendant Calvin May;

5. Whether Plaintiff was subjected to intentional and/or negligent infliction of emotional distress by Defendant Scott Sebastian;

6. Whether Defendant ABHOW ratified alleged intentional and/or negligent infliction of emotional distress by Defendant Scott Sebastian;

7. Whether Plaintiff was subjected to race- or age-based harassment – specifically, a hostile work environment – by Defendants ABHOW and/or Scott Sebastian in violation of Title VII of the Civil Rights Act ("Title VII");

8. Whether Plaintiff was subjected to race- or age-based harassment – specifically, a hostile work environment – by Defendants ABHOW and/or Scott Sebastian in violation of the California Fair Employment and Housing Act ("FEHA");

9. Whether Plaintiff was subjected to race- or age-based discrimination by Defendants ABHOW and/or Scott Sebastian in violation of Title VII;

10. Whether Plaintiff was subjected to race- or age-based discrimination by Defendants ABHOW and/or Scott Sebastian in violation of FEHA;

11. Whether Plaintiff sustained recoverable damage as a result of alleged defamation by Defendants Calvin May and/or Scott Sebastian;

12. Whether Plaintiff sustained recoverable damage as a result of alleged intentional and/or negligent infliction of emotional distress by Defendants Calvin May and/or Scott Sebastian;

13. Whether Plaintiff sustained recoverable damage as a result of alleged race-or age-based harassment in violation of Title VII;

14. Whether Plaintiff sustained recoverable damage as a result of alleged race-or age-based harassment in violation of FEHA;

15. Whether Plaintiff suffered any recoverable damage as a result of alleged race-

3.

LITTLER MENDELSON
A Professional Corporation
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

JOINT CASE MANAGEMENT CONF. STATEMENT                               CASE NO. C 07-05657 JCS

or age-based discrimination in violation of Title VII;

        16.    Whether Plaintiff sustained recoverable damage as a result of alleged race-or age-based discrimination in violation of FEHA;

        17.    Whether Plaintiff is entitled to punitive damages under California Civil Code § 3294 for any of Defendants' alleged conduct.

### D. Motions

The parties have filed no motions in this Court. Prior to removing this case to federal court, Defendants filed a series of demurrers, which were sustained and overruled in part. Defendants intend to file a Motion for Summary Judgment once discovery is completed.

### E. Amendment of Pleadings

The parties do not intend to amend their pleadings.

### F. Evidence Preservation

Defendants have preserved evidence in electronic or other form that they reasonably and in good faith believe may be relevant to the issues reasonably evident in this action.

### G. Disclosures

The parties exchanged their Initial Disclosures pursuant to FRCP 26(a)(1) on April 11, 2008.

### H. Discovery Plan

The parties propose to the Court the following discovery plan.

#### 1. Plaintiff's Discovery Plan

Plaintiff intends to depose Scott Sebastian and Calvin May pertaining to their alleged false statements that Plaintiff was under the influence of alcohol on the job, and to depose Scott Sebastian about his alleged harassing conduct toward Plaintiff and other African American employees. Plaintiff anticipates deposing two or three additional witnesses to facts and circumstances surrounding the allegations in his Third Amended Complaint.

#### 2. Defendants' Discovery Plan

At this time Defendants anticipate that discovery will be needed on the following general subjects:

4.

JOINT CASE MANAGEMENT CONF. STATEMENT         CASE NO. C 07-05657 JCS

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

      a.      Plaintiff's job performance and reputation;

      b.      The circumstances surrounding Plaintiff's alleged attendance at a party on November 9, 2005;

      c.      The circumstances surrounding Plaintiff's absence from work on November 10, 2005;

      d.      Plaintiff's alleged damages to his reputation;

      e.      Plaintiff's claim of severe emotional distress, including without limitation Plaintiff's medical care and treatment for same, if any;

      f.      Plaintiff's mitigation efforts;

      g.      All issues raised in Defendants' answer and affirmative defenses.

Defendants reserve the right to conduct discovery on other or additional subjects as the need arises.

### 3. Depositions

The parties agree to a maximum of five (5) depositions by Plaintiff and five (5) by Defendants, not including any retained expert witnesses. Each deposition shall be limited to a maximum of 7 hours unless extended by agreement of the parties or order of the Court. Defendants anticipate they may need more than 7 hours to complete the deposition of Plaintiff, and requests that the Court grant additional time. The parties also reserve the right to request in excess of 7 hours to complete the deposition of any other witness if necessary.

### I. Electronic Discovery

The parties will produce all electronically stored information in paper form unless the parties agree or the Court orders otherwise.

### J. Class Action

This case is not a class action.

### K. Related Cases

There are no related cases.

### L. Relief

Plaintiff claims the following damages:

5.

LITTLER MENDELSON
A Professional Corporation
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

JOINT CASE MANAGEMENT CONF. STATEMENT    CASE NO. C 07-05657 JCS

1     Past lost wages claim:    $17,000.00

2     Loss of earning capacity:    $2,000.00 per month from April 1, 2008;

3     Damage to reputation:    $500,000.00

4     Emotional distress damages:    $2,000,000.00

5     Punitive damages:    $3,000,000.00

6     Attorney's fees:    $50,000.00

Defendants claim Plaintiff is not entitled to any relief, because Defendants are not liable to Plaintiff on any of his claims for relief, or in the event Defendants are found liable to Plaintiff on any of his claims, Plaintiff has not sustained recoverable damages and Defendants have not engaged in conduct giving rise to liability for punitive damages.

**M.**     **Settlement – Alternative Dispute Resolution**

The parties are participating in a Court-sponsored mediation on April 14, 2008, with Charles Farnsworth, Esq.

**N.**     **Consent to Magistrate Judge for All Purposes**

The parties have consented to assignment of this case to Magistrate Judge Joseph C. Spero for all purposes.

**O.**     **Other References**

This case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**P.**     **Narrowing of Issues**

The issues in this case cannot be narrowed by agreement. The parties will meet and confer prior to trial to attempt to expedite the admission of evidence through stipulation.

**Q.**     **Expedited Schedule**

The parties do not believe this case is suitable for an expedited schedule.

**R.**     **Scheduling**

The parties request the following case schedule:

August 25, 2008     All non-expert discovery shall cut off.

September 15, 2008     Disclosure and production of initial reports from

6.

LITTLER MENDELSON
A Professional Corporation
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

JOINT CASE MANAGEMENT CONF. STATEMENT    CASE NO. C 07-05657 JCS

| | | |
|---|---|---|
| | | retained experts for the parties under FRCP 26(a)(1) are to be served. |
| | October 6, 2008 | Supplementary expert disclosure and reports to be served. |
| | November 7, 2008 | Expert discovery shall cut-off |
| | December 8, 2008 | All dispositive motions shall be filed. |
| | February 9, 2009 | Trial to begin. |

**S.    Trial**

The parties estimate the length of the trial to be seven to ten (7-10) days.

**T.    Disclosure of Non-Party Interested Entities or Persons**

Defendants are not aware of any persons or entities that have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: April 11, 2008

　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　MICHAEL E. BREWER
　　　　　　　　　　　ANNE-MARIE WAGGONER
　　　　　　　　　　　LITTLER MENDELSON
　　　　　　　　　　　A Professional Corporation
　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　AMERICAN BAPTIST HOMES OF THE
　　　　　　　　　　　WEST, GRAND LAKE GARDENS, CALVIN
　　　　　　　　　　　MAY, AND SCOTT SEBASTIAN

Dated: April 11, 2008

　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　LAW OFFICES OF MICHAEL C. COHEN
　　　　　　　　　　　MICHAEL C. COHEN
　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　WILLIAM CHAPPLE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

7.

JOINT CASE MANAGEMENT CONF. STATEMENT            CASE NO. C 07-05657 JCS

# DECLARATION OF COUNSEL REGARDING SIGNATORIES' CONCURRENCE WITH THE ELECTRONIC FILING OF THIS DOCUMENT

I, Anne-Marie Waggoner, hereby declare and state as follows:

1. I am an attorney licensed to practice in the courts of the State of California and the U.S. District Court for the Northern District of California. I am Of Counsel with the law firm of Littler Mendelson, A Professional Corporation, and counsel of record for Defendants American Baptist Homes of the West, Calvin May, and Scott Sebastian.

2. In accordance with U.S. District Court for the Northern District of California, General Order No. 45, I have obtained the concurrence for the filing of this document from each of the other signatories hereto. Littler Mendelson will maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I hereby declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this Declaration was executed on April 11, 2008, at Walnut Creek, California.

 /s/ *Anne-Marie Waggoner*
ANNE-MARIE WAGGONER

Firmwide:84878700.1 012425.1022

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

8.

JOINT CASE MANAGEMENT CONF. STATEMENT                           CASE NO. C 07-05657 JCS