# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Chapple,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>American Baptist Homes of the West,<br><br>　　　　Defendant(s). | No. C 07-05657 JCS MED<br><br>**Certification of ADR Session** |

<u>Instructions</u>: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __4/14/08__

2. Did the case settle?　　☒ fully　　☐ partially　　☐ no

3. If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**　　☒ YES　　☐ NO

Dated: __4/14/08__　　_/s/ Charles Farnsworth_
　　　　　　　　　　　　**Mediator, Charles E. Farnsworth**
　　　　　　　　　　　　Law Offices of Charles E. Farnsworth
　　　　　　　　　　　　7677 Oakport St., Suite 565
　　　　　　　　　　　　Oakland, CA 94621

**Certification of ADR Session**
07-05657 JCS MED