# LAW OFFICE OF MICHAEL C. COHEN
## PROFESSIONAL CORPORATION

*1814 Franklin Street, Suite 900*
*Oakland, California 94612*
*Telephone: (510) 832-6436*
*Facsimile: (510) 832-6439*

---

*Michael C. Cohen, Esq.*

*Sherry Abrams, Esq.*

April 17, 2008

Honorable Judge Joseph C. Spero
US District Court Northern Division
400 McAllister Street
San Francisco, CA

Re: **William J. Chapple v. American Baptist Homes of the West, et al., Case No. C 07-05657 JCS MED**

Your Honor:

    I am the attorney for the plaintiff in the above referenced case. This case has been settled in mediation. I hereby request that we continue the case management conference, scheduled for April 18, 2008 at 1:30 PM, for at least 90 (ninety) days, so that the parties can complete the settlement process, after which, I will file for dismissal in this case.

    Very truly yours,

    LAW OFFICES OF MICHAEL C. COHEN

    _____/s/_____
    Michael C. Cohen
    Attorney for William J. Chapple