UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM J. CHAPPLE,　　　　　　　　　　　　　No. C 07-05657 (JCS)

　　　　　　　Plaintiff(s),

　　　　　　　　　　　　　　　　　　　　　　　　　CLERK'S NOTICE

　　　　v.

AMERICAN BAPTIST HOMES OF THE WEST,

　　　　　　　Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　　YOU ARE NOTIFIED THAT the Initial Case Management Conference before Magistrate Judge Spero previously noticed for April 18, 2008, at 1:30 p.m., has been reset to **July 25, 2008, at 1:30 p.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. An updated joint case management conference statement shall be due by July 18, 2008.  Any party requesting a continuance shall submit a stipulation and proposed order.

　Dated: April 17, 2008

　　　　　　　　　　　　　　　　　　　　　　　FOR THE COURT,
　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　by: _____
　　　　　　　　　　　　　　　　　　　　　　　Karen L. Hom
　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy