1  MICHAEL E. BREWER, Bar No. 177912
   ANNE-MARIE WAGGONER, Bar No. 173407
2  LITTLER MENDELSON
   A Professional Corporation
3  1255 Treat Blvd., Suite 600
   Walnut Creek, CA 94597
4  Telephone:  925.932.2468
   Facsimile:  925.946.9809
5  Email:  mbrewer@littler.com
           awaggoner@littler.com

6  Attorneys for Defendants
7  AMERICAN BAPTIST HOMES OF THE WEST,
   CALVIN MAY AND SCOTT SEBASTIAN

8

9                    UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

11  WILLIAM J. CHAPPLE,                    Case No. C 07-05657 JCS

12            Plaintiff,                    **STIPULATION OF DISMISSAL;
                                            [PROPOSED] ORDER**
13       v.

14  AMERICAN BAPTIST HOMES OF THE
    WEST, AKA AMERICAN BAPTIST
15  HOMES OF THE WEST
    CORPORATION, AKA GRAND LAKE
16  GARDENS, CALVIN MAY, SCOTT
    SEBASTIAN, DOES 1 through 10,
17
              Defendants.
18

19

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION OF DISMISSAL; [PROPOSED]
ORDER; DECLARATION OF COUNSEL                    CASE NO. C 07-05657 JCS

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to FRCP 41(a).

4  Dated: April 30, 2008

6  MICHAEL E. BREWER
   ANNE-MARIE WAGGONER
7  LITTLER MENDELSON
   A Professional Corporation
8  Attorneys for Defendants
   AMERICAN BAPTIST HOMES OF THE
9  WEST, GRAND LAKE GARDENS, CALVIN
   MAY, AND SCOTT SEBASTIAN

11 Dated: April 19, 2008

13 LAW OFFICES OF MICHAEL C. COHEN
14 MICHAEL C. COHEN
   Attorney for Plaintiff
15 WILLIAM CHAPPLE

18                              **ORDER**

19          IT IS SO ORDERED.

21 Dated:_____    _____
                                    MAGISTRATE JUDGE JOSEPH C. SPERO

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

2.
STIPULATION OF DISMISSAL; [PROPOSED]
ORDER; DECLARATION OF COUNSEL                    CASE NO. C 07-05657 JCS

## DECLARATION OF COUNSEL REGARDING SIGNATORIES' CONCURRENCE WITH THE ELECTRONIC FILING OF THIS DOCUMENT

I, Michael E. Brewer, hereby declare and state as follows:

1. I am an attorney licensed to practice in the courts of the State of California and the U.S. District Court for the Northern District of California. I am with the law firm of Littler Mendelson, A Professional Corporation, and counsel of record for Defendants American Baptist Homes of the West, Calvin May, and Scott Sebastian.

2. In accordance with U.S. District Court for the Northern District of California, General Order No. 45, I have obtained the concurrence for the filing of this document from each of the other signatories hereto. Littler Mendelson will maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I hereby declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this Declaration was executed on April 30, 2008, at Walnut Creek, California.

/s/ *Michael E. Brewer*
MICHAEL E. BREWER

Firmwide:85059584.1 012425.1022

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

3.

STIPULATION OF DISMISSAL; [PROPOSED]
ORDER; DECLARATION OF COUNSEL

CASE NO. C 07-05657 JCS