1  MICHAEL E. BREWER, Bar No. 177912
   ANNE-MARIE WAGGONER, Bar No. 173407
2  LITTLER MENDELSON
   A Professional Corporation
3  1255 Treat Blvd., Suite 600
   Walnut Creek, CA 94597
4  Telephone:   925.932.2468
   Facsimile:   925.946.9809
5  Email:       mbrewer@littler.com
                awaggoner@littler.com
6
   Attorneys for Defendants
7  AMERICAN BAPTIST HOMES OF THE WEST,
   CALVIN MAY AND SCOTT SEBASTIAN
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| WILLIAM J. CHAPPLE, | Case No. C 07-05657 JCS |
| Plaintiff, | **STIPULATION OF DISMISSAL; [PROPOSED] ORDER** |
| v. | |
| AMERICAN BAPTIST HOMES OF THE WEST, AKA AMERICAN BAPTIST HOMES OF THE WEST CORPORATION, AKA GRAND LAKE GARDENS, CALVIN MAY, SCOTT SEBASTIAN, DOES 1 through 10, | |
| Defendants. | |

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

---

STIPULATION OF DISMISSAL; [PROPOSED] ORDER; DECLARATION OF COUNSEL

CASE NO. C 07-05657 JCS

1        IT IS HEREBY STIPULATED by and between the parties to this action through their
2   designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3   pursuant to FRCP 41(a).

4   Dated: April 30, 2008

6   _____
   MICHAEL E. BREWER
7   ANNE-MARIE WAGGONER
   LITTLER MENDELSON
   A Professional Corporation
8   Attorneys for Defendants
   AMERICAN BAPTIST HOMES OF THE
9   WEST, GRAND LAKE GARDENS, CALVIN
   MAY, AND SCOTT SEBASTIAN

11  Dated: April 19, 2008

13  _____
   LAW OFFICES OF MICHAEL C. COHEN
14  MICHAEL C. COHEN
   Attorney for Plaintiff
15  WILLIAM CHAPPLE

18                       **ORDER**

19         IT IS SO ORDERED.

21  Dated: May 1, 2008

                                   MAGISTRATE JUDGE JOSEPH C. SPERO

2.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

## DECLARATION OF COUNSEL REGARDING SIGNATORIES' CONCURRENCE WITH THE ELECTRONIC FILING OF THIS DOCUMENT

I, Michael E. Brewer, hereby declare and state as follows:

1. I am an attorney licensed to practice in the courts of the State of California and the U.S. District Court for the Northern District of California. I am with the law firm of Littler Mendelson, A Professional Corporation, and counsel of record for Defendants American Baptist Homes of the West, Calvin May, and Scott Sebastian.

2. In accordance with U.S. District Court for the Northern District of California, General Order No. 45, I have obtained the concurrence for the filing of this document from each of the other signatories hereto. Littler Mendelson will maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I hereby declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this Declaration was executed on April 30, 2008, at Walnut Creek, California.

/s/ *Michael E. Brewer*
MICHAEL E. BREWER

Firmwide:85059584.1 012425.1022

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

3.

STIPULATION OF DISMISSAL; [PROPOSED] ORDER; DECLARATION OF COUNSEL

CASE NO. C 07-05657 JCS